UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0360 |
| v. | : | (Judge Mannion) |
| **SUPERINTENDENT SOBER,** | : | |
| Respondent | : | |

## ORDER

In accordance with the accompanying Memorandum issued this same day, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 18, 2021**
21-0360-01-Order