IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK NELLOM, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 21-1295 |
| | : | |
| v. | : | |
| | : | |
| SOBER; THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : : | |
| | : | |
| Respondents. | : | |

### ORDER

**AND NOW**, this 14th day of April, 2021, after considering the petition under 28 U.S.C. § 2254 for writ of habeas corpus filed by the *pro se* petitioner, Frank Nellom (Doc. No. 1); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. The court **DECLINES** to issue a certificate of appealability; and

3. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.